O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

IN RE: ANTONIA ALEMAN,

               Plaintiff,

   v.

ELIZABETH CAMPOS v. ANTONIA
ALEMAN,

               Defendants.

_____

Case No. CV 11-09425 DDP (DDPx)
       [9:11-bk-11734-RR]

**ORDER GRANTING APPELLANT
ELIZABETH CAMPOS' MOTION FOR
LEAVE TO PROCEED IN FORMA
PAUPERIS**

[Dkt. No. 3]

    Appellant Elizabeth Campos filed a motion for leave to proceed in forma pauperis with respect to two related bankruptcy appeals, BAP Nos. CC-11-1410 and CC-11-1423, before the Bankruptcy Appellate Panel of the Ninth Circuit ("BAP"). The BAP subsequently transferred the motion to this court. See 28 U.S.C. § 1915(a). Good cause being shown, Appellant's motion for leave to proceed in forma pauperis is GRANTED.

**IT IS SO ORDERED.**

Dated: April 26, 2012

                            DEAN D. PREGERSON
                            United States District Judge

cc: US Bankruptcy Court & US Trustee's Office